445 F.2d 307
 UNITED STATES of America, Plaintiff-Appellee,
v.
Victor Lawrence TAYLOR, Defendant-Appellant.
No. 30877 Summary Calendar.*
*Rule 18, 5th Cir. See Isbell Enterprises, Inc.
v.
Citizens Casualty Co. of New York et al., 5 Cir. 1970, 431
F.2d 409, Part I.
 United States Court of Appeals, Fifth Circuit.
 July 1, 1971.
 
 Theodore E. Smith, Atlanta, Ga., for defendant-appellant.
 John W. Stokes, Jr., U.S. Atty., J. Owen Forrester, George H. Connell, Jr., Asst. U.S. Attys., Atlanta, Ga., for plaintiff-appellee.
 Appeal from the United States District Court for the Northern District of Georgia; Manuel L. Real, District Judge.
 Before GEWIN, GOLDBERG and DYER, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966